UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　　　) 3:13-CR-034-LRH-(VPC)
　　　　　　　　　　　　　　　　　　)
GABRIEL AGUIAR TORRES DA CRUZ,　　)
　　　　　　　　　　　　　　　　　　)
　　　　　Defendant.　　　　　　　　)

**FINAL ORDER OF FORFEITURE**

On May 31, 2013, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2253 based upon the plea of guilty by defendant GABRIEL AGUIAR TORRES DA CRUZ to the criminal offense, forfeiting specific property alleged in the Superseding Felony Information and agreed to in the Plea Agreement and shown by the United States to have the requisite nexus to the offense to which defendant GABRIEL AGUIAR TORRES DA CRUZ pled guilty. Superseding Felony Information, ECF No. 13; Plea Agreement, ECF No. 14; Change of Plea Minutes, ECF No. 15; Preliminary Order of Forfeiture, ECF No. 17.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 8, 2013, through July 7, 2013, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 18.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253; and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. Misc. CDs'DVDs;
2. Kingston 16 GB Hard Drive/Super Talent Thumb Drive 14GB;
3. Memory Stick DUO, 2GB;
4. Acer Laptop Computer (Serial No. LXRFN0206411923FES1601);
5. Sony Vaio Laptop Computer (Serial No. C3LPE6LP); and
6. any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Section 2252A

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 19th day of August, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE